IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:13-CR-13-MTT |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 286 |
| | : | 18 U.S.C. § 641 |
| MICHELLE BLANKENSHIP, and | : | 18 U.S.C. § 1028A(1) |
| EDNA YVONNE ORR GOFF | : | 18 U.S.C. § 1028(c)(1) |
| | : | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant MICHELLE BLANKENSHIP resided in Upson County, within the Middle District of Georgia.

2. Defendant EDNA YVONNE ORR GOFF resided in Sumter County, within the Middle District of Georgia.

3. Defendant MICHELLE BLANKENSHIP had previously been employed by the Internal Revenue Service as a data transcriber. As part of her duties, BLANKENSHIP input paper income tax returns into a computer.

4. A "means of identification" was any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, or date of birth.

5. A "prepaid debit card" was a card linked to an account at a financial institution, which could be used to receive deposits electronically, like a traditional bank account, and to make purchases and cash withdrawals with funds in the account, like a traditional debit card.

6. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the federal tax laws of the United States, and collecting taxes owed to the United States.

## COUNT ONE
(Conspiracy to Defraud the Government with Respect to Claims)

1. The factual allegations contained in Paragraphs 1 through 6 of the Introduction Section of this indictment are realleged and incorporated herein as if copied verbatim.

2. From on or about January 2010 and continuing until on or about March 2011, within the Middle District of Georgia and elsewhere, Defendants MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF, and others, both known and unknown to the grand jury, unlawfully and knowingly agreed, combined, and conspired with each other to defraud the United States by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims.

## MANNER AND MEANS

3. Defendants MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF, along with others, both known and unknown to the grand jury, would and did agree to file false federal income tax returns in the names of third parties without the third parties' knowledge.

4. Defendants MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF would and did obtain the means of identification of individuals, including their names, dates of birth, and Social Security numbers.

5. Defendant MICHELLE BLANKENSHIP would and did obtain mailing addresses to which the proceeds of the fraud would be sent.

6. Defendant MICHELLE BLANKENSHIP did use these means of identification to prepare and file false federal income tax returns and directed the tax refunds to be sent to mailing addresses obtained by MICHELLE BLANKENSHIP.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

7. To accomplish the objectives of the conspiracy, in the Middle District of Georgia and elsewhere, and in furtherance thereof, MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF, and others, both known and unknown to the grand jury, committed, among other acts, the following acts in furtherance of the conspiracy:

8. On several dates on or after January 2010, with the precise dates being unknown to the grand jury, MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF obtained means of identification of real persons.

9. On several dates on or after January 2010, with the precise dates being unknown to the grand jury, MICHELLE BLANKENSHIP obtained pre-paid debit cards.

10. Defendant MICHELLE BLANKENSHIP prepared and filed, and caused to be prepared and filed, a false federal income tax return in the name of each of the individuals whose initials are listed below, on or about the date described and claiming refund for the amount listed below:

| PARAGRAPH | INDIVIDUAL | DATE OF FILING | REFUND CLAIMED |
|---|---|---|---|
| 11 | K.E. | 5-27-10 | $1,059.00 |
| 12 | A.E. | 2-24-10 | $2,879.00 |
| 13 | S.B. | 1-13-11 | $1,814.00 |
| 14 | J.B. | 1-13-11 | $4,570.00 |
| 15 | B.C. | 2-1-11 | $ 988.00 |
| 16 | A.L. | 8-31-10 | $1,102.00 |
| 17 | K.E. | 2-7-11 | $2,528.00 |

3

| 18 | J.O. | 1-17-11 | $1,814.00 |
| 19 | B.R. | 1-26-11 | $1,814.00 |
| 20 | W.J.W. | 1-17-11 | $1,814.00 |
| 21 | S.W.W. | 1-7-11 | $1,814.00 |
| 22 | R.M.W. | 2-7-11 | $1,814.00 |
| 23 | A.N.L. | 2-18-11 | $2,563.00 |

All in violation of Title 18, United States Code, Section 286.

## COUNTS TWO THROUGH FOURTEEN
(Theft of Public Money)

1.  The factual allegations contained in Paragraphs 1 through 6 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.  That from on or about January 19, 2010 to on or about March 30, 2011, within the Macon Division of the Middle District of Georgia, Defendant MICHELLE BLANKENSHIP, aided and abetted by others known and unknown, did steal, purloin, and knowingly convert to her own use money of the United States, namely, funds in the amount listed below, administered by the Department of Treasury in the form of a federal tax refund in the names of the individuals whose initials are listed below:

| COUNT | INDIVIDUAL | AMOUNT |
|---|---|---|
| TWO | K.E. | $1,059.00 |
| THREE | A.E. | $2,879.00 |
| FOUR | S.B. | $1,814.00 |
| FIVE | J.B. | $4,570.00 |
| SIX | A.L. | $1,102.00 |
| SEVEN | K.E. | $2,528.00 |
| EIGHT | J.D. | $1,814.00 |
| NINE | B.R. | $1,814.00 |
| TEN | W.J.W. | $1,814.00 |

| | | |
|:---:|:---:|:---:|
| ELEVEN | S.W.W. | $1,814.00 |
| TWELVE | R.M.W. | $1.814.00 |
| THIRTEEN | A.N.L. | $2,563.00 |

All in violation of Title 18, United States Code, Section 641 and Section 2.

## COUNTS FOURTEEN THROUGH SEVENTEEN
(Aggravated Identity Theft)

1.  The factual allegations contained in Paragraphs 1 through 6 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.  On or about the dates set forth in the grid below, each item being a separate count of the indictment in the Macon Division of the Middle District of Georgia, Defendant MICHELLE BLANKENSHIP and EDNA YVONNE ORR GOFF, aided and abetted by each other, did knowingly transfer, possess, and use the means of identification of another person without lawful authority during and in relation to the offense in this Indictment described as a Related Count identified below, that is, she knowingly used the names and Social Security numbers of actual persons known to the grand jury, listed by his or her initials below, to commit theft of public money in violation of Title 18, United States Code, Section 641 by obtaining income tax refunds in the amount listed below:

| COUNT | DATE | INDIVIDUAL | REFUND AMOUNT |
|:---:|:---:|:---:|:---:|
| FOURTEEN | 1-17-2011 | W.J.W | $1,814.00 |
| FIFTEEN | 1-26-2011 | B.L.R. | $1,814.00 |
| SIXTEEN | 2-17-2011 | R.M.W. | $1,814.00 |
| SEVENTEEN | 1-17-2011 | J.O. | $1,814.00 |

5

All in violation of Title 18, United States Code, Section 1028A and (2).

A TRUE BILL.

_____
s/ FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature]*

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___15___ *day of*
___February___ *A.D. 20* _13_ .
*[signature: Debi Boen]*
                                               *Deputy Clerk*