UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 6/12/2019 | Type of Hearing: | Final Revocation Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim A. Tavalero | Law Clerk: | |
| Courtroom: | A | | |

**Case Number: 5:13-CR-13-002 (MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Charles Calhoun |
| v. | | | |
| Edna Yvonne Orr Goff | | Counsel: | Catherine Williams |
| Agent/Experts in attendance: | | Amanda Reed, USPO | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 10 minutes

| | |
|---|---|
| 9:38 am | Court calls the case. AFD Williams states that Defendant will admit to allegations 3 - 5 and Government will dismiss remaining allegations. Discussion of Defendant's conduct on supervised release. The Court notes that the sentencing range is 8 to 14 months. The Court finds the terms of supervised release have been violated and imposes sentence based on a guideline range of 8 to 14 months, considering a grade C violation and a criminal history category of VI. Supervised release is terminated, and Defendant is committed to the BOP for 14 months. Appeal information is handed to Defendant and her attorney. |
| 9:48 am | Matter concluded. |