AO 245D	(Rev. 09/17) Judgment in a Criminal Case for Revocations
		Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| EDNA YVONNE ORR GOFF | Case No. 5:13-CR-13-002-MTT |
| | USM No. 96317-020 |
| | Catherine Williams |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    3-5    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | Possession of a controlled substance | 12/17/2018 |
| 4 | Possession of a controlled substance | 12/17/2018 |
| 5 | Failed to refrain from violation of the law | 03/19/2019 |

The defendant is sentenced as provided in pages 2 through    2   . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   1-2   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    6115

Defendant's Year of Birth:   1976

City and State of Defendant's Residence:
Buena Vista, Georgia

06/12/2019
Date of Imposition of Judgment

S/Marc T. Treadwell
Signature of Judge

Marc Thomas Treadwell, U.S. District Judge
Name and Title of Judge

06/18/2019
Date

AO 245D	(Rev. 09/17) Judgment in a Criminal Case for Revocations
		Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: EDNA YVONNE ORR GOFF
CASE NUMBER: 5:13-CR-13-002-MTT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 14 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL